IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHARLES LEVERETTE, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 1:10-CV-162 (CDL) |
| STATE OF GEORGIA and W. LOUIS SANDS, | * |
| | * |
| Defendants. | * |
| | * |

## ORDER ON RECOMMENDATION OF DISMISSAL BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on March 21, 2011 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 21st day of April, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE